UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
MAPCO EXPRESS, INC.,            )
                                )
     Plaintiff,                 )
                                )
          v.                    )   NO.  3:08-1235
                                )   Judge Nixon/Bryant
INTERSTATE ENTERTAINMENT, INC., )   Jury Demand
et al.,                         )
                                )
     Defendants.                )
```

### O R D E R

This case is set for a jury trial on October 5, 2010, with a final pretrial conference on September 24, 2010 (Docket Entry No. 55). A telephone conference is set with the parties on **Tuesday, September 21, 2010, at 1:00 p.m.** to discuss the status this case and to determine its readiness for trial. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge