IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAPCO EXPRESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:08-1235 |
| ) | Judge Nixon |
| INTERSTATE ENTERTAINMENT, INC.; ) | Magistrate Judge Bryant |
| JARRELL'S OF PENSACOLA, INC.; ) | |
| ROBERT BREECE; AND KENNETH ) | |
| JARRELL, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## ORDER

The Court hereby **CONTINUES** the Pretrial Conference, scheduled for September 30, 2010 at 10:00 a.m., and the Jury Trial, scheduled for October 5, 2010 at 9:00 a.m., until resolution of Defendant's Motion for Summary Judgment (Doc. No. 40) and all pleadings filed in response.

It is so ORDERED.

Entered this the 27 day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT